# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:18CR338 |
| | ) | |
| vs. | ) | |
| | ) | |
| KATRINA MARIA MARTINEZ and | ) | ORDER |
| AUTUMN LYNN VANOSDOL, | ) | |
| | ) | |
| Defendants | | |

This matter is before the court on defendant Autumn Lynn Vanosdol's Unopposed Motion to Continue Trial [114]. The parties are in the process of a plea resolution and need additional time to discuss same. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [114] is granted, as follows:

1. The jury trial**, for defendants Katrina Maria Martinez and Autumn Lynn Vanosodol,** now set for October 21, 2019, is continued to **December 16, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 16, 2019**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3 **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

DATED: October 7, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge