# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:18cr338 |
| vs. | ) | |
| KATINA MARIA MARTINEZ and AUTUMN LYNN VANOSDOL | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant, Autumn Lynn Vanosdol's unopposed Motion to Continue Trial [132]. Counsel needs additional time to complete plea negotiations. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [132] is granted, as follows:

1. The jury trial, **for defendants Katrina Maria Martinez and Autumn Lynn Vanosodol**, now set for December 17, 2019, is continued to **February 4, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 4, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

DATED: December 5, 2019.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**