IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KATINA MARIA MARTINEZ,<br><br>                Defendant. | 8:18-CR-338<br><br>ORDER |

This matter is before the Court on Defendant's Motion to Extend Self-Surrender Date. Filing 212. The United States does not object to Defendant's request. *See* Filing 212 at 2. Therefore,

    IT IS ORDERED:

    1. Defendant Katina Maria Martinez's Motion to Extend Self-Surrender Date (Filing 212) is granted;

    2. Defendant shall report to the institution designated by the United States Bureau of Prisons no later than 2:00 p.m. on February 1, 2021; and

    3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 30th day of November, 2020.

                                                        BY THE COURT:

                                                        _____
                                                        Brian C. Buescher
                                                        United States District Judge